The WOLF ENVELOPE COMPANY, Appellant, v. PEVELY DAIRY COMPANY, Appellee.

No. 7656.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1937.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellant.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that an agreed motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18; on consideration whereof, it is ordered that the appeal be, and the same is, docketed and dismissed.

Senja WIRTA, Plaintiff-Appellant, v. The NEW YORK TRUST COMPANY, individually and as Trustee for Mary Weaver Krapish and Louis M. Ream; and Robert C. Ream, Individually and as Trustee for Louis M. Ream, Defendants-Appellees.

No. 278.

Circuit Court of Appeals, Second Circuit.

March 15, 1937.

J. Alfred Anderson, of New York City, for appellant.

Sage, Gray, Todd & Sims, of New York City (Melber Chambers and Edward H. Spencer, both of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.